IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BMO HARRIS BANK NA                                                            PLAINTIFF

v.                              No. 3:20-cv-334-DPM

TYREE FARMS LLC; JOHN TYREE;
and ALISHA TYREE                                                            DEFENDANTS

ORDER

The Court would appreciate some clarification on the service issues. It is not clear from the return that Alisha Tyree received service for John Tyree at their home. The page of the return that locks in the address of John's residence is not verified. *Doc. 3 at 2.* The verified part does not mention the residence. *Compare* ARK. R. CIV. P. 4(f)(1)(B). Plus, the verified return for service on Alisha reflects a different address. *Doc. 4 at 2.* Clarifying supplement due by 12 February 2021.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 January 2021