IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BMO HARRIS BANK NA                                                              PLAINTIFF

v.                             No. 3:20-cv-334-DPM

TYREE FARMS LLC;  JOHN TYREE;
and ALISHA TYREE                                                              DEFENDANTS

ORDER

The Court appreciates BMO Harris's notice of the Tyrees' recent bankruptcy petition.  They filed it on 23 March 2021, *Doc. 15*.  The Court vacates its 29 March 2021 Order, *Doc. 14*, which is in conflict with the automatic stay.  11 U.S.C. § 362(a)(1).  This case is stayed *nunc pro tunc* 23 March 2021 and is administratively terminated.  BMO Harris must keep the Court informed about the status of Defendants' bankruptcy.  Status report due by 29 September 2021, and every six months thereafter.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 April 2021